WATSON *v.* NEW.—In error.

IN a suit commenced before a justice of the peace, by the assignee against the assignor of a promissory note, the plaintiff need only file, as a cause of action, the note with the assignment. R. Code, 1831, p. 301. (Rev. Stat. 1838, p. 367.)